## PRUETT v. STATE.
### No. 25894.

Court of Criminal Appeals of Texas.
June 4, 1952.

Rehearing Denied Oct. 15, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant waived a trial by jury and entered his plea of guilty to a charge of driving a motor vehicle while intoxicated. The court found him guilty and assessed his punishment at a fine of $100.

There is no statement of facts or bill of exceptions in the record on appeal. The proceedings appearing regular and nothing being presented for review, the judgment of the trial court is affirmed.